IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

HENRY HARRISON BALL, JR.,

        Plaintiff,

v.                                  CIVIL ACTION NO. 2:21-cv-00027

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

# ORDER

    This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. [ECF No. 3]. On March 3, 2022, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 14] ("PF&R") and recommended that I deny Plaintiff's request to reverse or remand the Commissioner's decision [ECF No. 6], grant the Commissioner's request to affirm her decision [ECF No. 7], affirm the final decision of the Commissioner, and dismiss this action from the docket of the court. Neither party timely filed objections to the PF&R nor sought an extension of time.

    A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de

novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. Claimant's request to reverse or remand the Commissioner's decision [ECF No. 12] is **DENIED**. The Commissioner's request to affirm her decision [ECF No. 13] is **GRANTED**, and the final decision of the Commissioner is **AFFIRMED**. This action is **DISMISSED** from the court's docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 23, 2022

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE